AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

District of Columbia

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

3818 W STREET SOUTHEAST, UNIT B
WASHINGTON D.C. 20020 (TARGET PREMISES)

Case No. 21-sw-393

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, hereby incorporated by reference.

located in the ________ District of Columbia, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, hereby incorporated by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to violations of:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. § 841 | Distribution of Controlled Substances |
| 21 U.S.C. § 846 | Conspiracy to Distribute Controlled Substances |

The application is based on these facts:

See attached Affidavit in support of Search Warrant, which is incorporated herein by reference.

☐ Continued on the attached sheet.

☐ Delayed notice of ____ days *(give exact ending date if more than 30 days:* ________ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Julian Herman, Special Agent, HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone *(specify reliable electronic means)*.

Date: 11/17/2021

*Judge's signature*

City and state: District of Columbia

Robin M. Meriweather, United States Magistrate Judge
*Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means ❒ Original ❒ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

District of Columbia

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

3818 W STREET SOUTHEAST, UNIT B
WASHINGTON D.C. 20020 (TARGET PREMISES)

Case No. 21-sw-393

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the ______ District of Columbia *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, hereby incorporated by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, hereby incorporated by reference.

**YOU ARE COMMANDED** to execute this warrant on or before December 1, 2021 *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m. ❒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to Robin M. Meriweather.
*(United States Magistrate Judge)*

❒ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
❒ for ____ days *(not to exceed 30)* ❒ until, the facts justifying, the later specific date of ______.

Date and time issued: 11/17/2021 ______
*Judge's signature*

City and state: District of Columbia Robin M. Meriweather, United States Magistrate Judge
*Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

**Return**

| Case No.: 21-sw-393 | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|

Inventory made in the presence of :

Inventory of the property taken and name(s) of any person(s) seized:

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: ____________________

____________________
*Executing officer's signature*

____________________
*Printed name and title*

**ATTACHMENT A**

**DESCRIPTION OF LOCATION TO BE SEARCHED (TARGET PREMISES)**

The premises (depicted below) and all parts therein, including all rooms, outbuildings, or curtilage assigned to or part of the residence, located at **3818 W STREET SOUTHEAST, UNIT B, WASHINGTON D.C. 20020.** The TARGET PREMISES is a two-story row house, with an off-white painted brick exterior, and a dark-colored door. The numbers "3818" are visible between the doors for Unit A and Unit B. The TARGET PREMISES is the corner unit and located at the far east end of the row of houses.



## ATTACHMENT B

## DESCRIPTION OF PROPERTY TO BE SEIZED

1. Any and all U-Haul storage unit key cards, to include the specific one pictured below.



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>3818 W STREET SOUTHEAST, UNIT B WASHINGTON, D.C. 20020 (TARGET PREMISES) | )<br>)<br>)<br>)<br>) | Case No. 21-sw-393 |

**AFFIDAVIT IN SUPPORT OF AN APPLICATION UNDER RULE 41 FOR A WARRANT TO SEARCH AND SEIZE**

I, Julian Herman, a Special Agent with Homeland Security Investigations (HSI), being duly sworn, declare and state:

**INTRODUCTION AND AGENT BACKGROUND**

1. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant to search the TARGET PREMISES, as further described in Attachment A, for any and all key cards for a U-Haul storage unit facility, as described in Attachment B.

2. I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7). As such, I am empowered to conduct investigations of, and to make arrests for offenses enumerated in 18 U.S.C. § 2516. I am cross-designated and have the authority to conduct narcotics trafficking investigations and enforcement activities pursuant to Title 21 of the United States Code.

3. I am a Special Agent with HSI and have been so employed since December of 2019. I have attended and graduated the Federal Law Enforcement Training Center's (FLETC) Criminal Investigator Training Program (CITP), as well as the HSI Special Agent Training

(HSISAT) course. Since December of 2020, I have been assigned to the Washington/Baltimore High Intensity Drug Trafficking Area (HIDTA) group, where my duties and responsibilities include the investigation of federal narcotics offenses. As part of my training, I have received instruction on the conduct of narcotics investigations, recognition of controlled substances, as well as measures taken by criminal groups to conceal, smuggle, transport, and distribute such controlled substances. In my experience investigating narcotics offenses, I have employed and am familiar with investigative techniques including but not limited to, the execution of search warrants, analysis of cell-site locational data, physical surveillance, the use of cooperating sources, use of pen registers and trap and trace devices, mail covers, examination of digital media and electronic devices, telephone toll analysis, examination and recognition of travel patterns consistent with drug trafficking, and analysis of financial documents. I have participated in investigations resulting in the seizure of multi-kilogram quantities of narcotics, firearms, and other contraband and proceeds of drug trafficking. Based on my training and experience, I am familiar with the methods used by drug traffickers to communicate with each other and operate their illegal networks.

**THE INVESTIGATION AND PROBABLE CAUSE**

4. On January 20, 2020, law enforcement seized two packages (each containing approximately one kilogram of cocaine) that were sent from the U.S. Virgin Islands to Washington D.C. By using travel records, phone records, and surveillance footage, HSI's investigation revealed that David (D. FLOYD) and Bennie Floyd, who are brothers, traveled to St. Thomas from Washington D.C. and mailed the packages before returning home to Washington D.C.

5. A subsequent federally authorized wiretap, as well as physical and electronic surveillance, revealed that D.FLOYD is operating a drug trafficking conspiracy in Washington D.C. As part of its surveillance, HSI learned that D.FLOYD has access to several different residences, which he is believed to be using in furtherance of his drug trafficking activities.

6. On November 9, 2021, a Grand Jury sitting in the District Court for the District of Columbia returned an indictment against D.FLOYD, charging him with one count of 21 U.S.C. 846 for Conspiracy to Distribute and Possess with Intent to Distribute 500 grams or More of a Mixture and Substance Containing a Detectable Amount of Cocaine. An arrest warrant for D.FLOYD was subsequently issued and, on November 10, 2021, agents arrested D.FLOYD and executed nine search warrants for residences located throughout Washington D.C. and Maryland, in relation to D.FLOYD's drug trafficking network.

7. One of the search warrants issued was for 3818 W STREET SOUTHEAST, UNIT B, WASHINGTON D.C. (TARGET PREMISES),[1] which is a residence used by D.FLOYD. On November 10, 2021, law enforcement executed a search warrant of the TARGET PREMISES and found numerous items indicating it was D.FLOYD's residence, to include: D.FLOYD's passport, multiple credit cards in D.FLOYD's name, mail in D.FLOYD's name, and several identification cards in D.FLOYD's name. On November 12, 2021, your affiant spoke with the owner of the TARGET PREMISES, Mericia FORESTER, who stated that D.FLOYD rented the residence from her, and that she believed him to be the sole occupant.

8. During the search of the TARGET PREMISES, investigators found approximately $28,000.00 in cash, which was concealed inside of an old record player, and a Glock 19 pistol

[1] *See* U.S. District Court for the District of Columbia case number 21-SW-366.

which was hidden inside of a radio. Investigators also found two U-Haul security access key cards, to include one for a U-Haul moving and storage facility located in Hyattsville, MD. Investigators photographed the key card, but left it inside of the residence.

9. D.FLOYD was arrested at 4719 Heath St, Capitol Heights, MD. On or around his person, at the time of his arrest, investigators found approximately $3,000.00 in cash. During an additional court authorized search of a residence used by D.FLOYD (1609 Meigs Pl NE, Washington D.C.), investigators found approximately $2,000.00 in cash, approximately 700 grams of suspected marijuana, and numerous types of drug packaging material, all consistent with illegal drug distribution. Investigators also conducted court-authorized searches of numerous residences which were tied to identified co-conspirators of D.FLOYD's, which collectively resulted in four arrests (two of which related to federal firearms offenses), the seizure of four additional firearms, and the seizure of numerous types and quantities of suspected narcotics, to include distributable amounts of suspected crack cocaine.

10. Your affiant obtained records from the U-Haul storage facility in Hyattsville, MD and learned that D.FLOYD's name was not affiliated with any current or previous accounts (to include storage units, rental trucks, etc) at that facility. Based on training and experience, your affiant knows that drug traffickers often use residences or storage units in other people's names to store narcotics, firearms, U.S. currency, and other associated contraband in order to disassociate their own identities from the contraband and avoid law enforcement detection. Your affiant learned that the U-Haul key cards contained in the TARGET PREMISES contain electronically stored data, which when scanned by a U-Haul employee through U-Haul's database, would likely identify the storage unit number, as well as account information, such as

the account holder's name, phone number, and payment methods. Your affiant seeks to use the U-Haul key cards within the TARGET PREMISES to identify the potential storage unit at the U-Haul storage facility in Hyattsville, MD, at which point your affiant will seek Court authorization from a competent jurisdiction in Maryland for follow-on investigative activity.

11. Because the investigation has revealed that D.FLOYD uses multiple residences to conduct his drug-trafficking activities, because contraband was seized from multiple locations tied to D.FLOYD and his suspected co-conspirators, and because your affiant knows that drug traffickers often store evidence of their criminal activities in locations that they seek to conceal (such as storage units that may not be subscribed in their name), your affiant submits there is probable cause to believe that that the U-Haul Storage unit key cards, as described in Attachment B, will be found in the TARGET PREMISES, and are likely to constitute evidence of a crime and property used in committing crime, namely 21 U.S.C. §§ 841 and 846 (Possession with Intent to Distribute Controlled Substances and Conspiracy).

**CONCLUSION**

12. Based upon the aforementioned facts, your affiant believes that probable cause exists that the above-described criminal violations have occurred and that evidence of those criminal violations will be found during the search of TARGET PREMISES. Accordingly, your affiant respectfully requests that the Court issue the requested search warrant for the items described in Attachment B.

13. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Respectfully submitted,

______________________________
Julian Herman
Special Agent
Homeland Security Investigations

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on November 17, 2021.

______________________________
HONORABLE ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE